# COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
ATLANTA · WASHINGTON, DC
LOS ANGELES · PHILADELPHIA

Ramzi Abadou
RamziA@csgrr.com

**MEMO ENDORSED**

June 25, 2008

*[handwritten: 6/26/08 Amended complaint due July 9 (sorry - unforeseen complications). Colleen McMahon USDJ]*

VIA FACSIMILE

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re: *Landmen Partners Inc. v. The Blackstone Group L.P.*, No. 1:08-cv-03601-CM;
*McAdam v. The Blackstone Group L.P.*, No. 1:08-cv-03838-CM;
*Jakeman v. The Blackstone Group L.P.*, No. 1:08-cv-04064-CM; and
*Galchutt v. The Blackstone Group L.P.*, No. 1:08-cv-04110-CM.

Dear Judge McMahon:

We are in receipt of Your Honor's June 25, 2008 letter, and write to confirm that we share the Court's belief that recusal is entirely unnecessary. We do, however, take this opportunity to ask for the Court's guidance regarding the schedule in this matter. The Court has yet to appoint a lead plaintiff. Under the Court's June 18, 2008, scheduling Order, whoever is ultimately appointed, however, must file a consolidated amended complaint by June 27, 2008. Hence, what to do? File a consolidated amended complaint without an Order appointing lead plaintiff or wait to file a consolidated amended complaint until some point after lead plaintiff is appointed?

Any guidance the Court would be willing to provide would be greatly appreciated.

Respectfully submitted,

RAMZI ABADOU

RA:ddh

cc: All Counsel of Record (via email)

*[stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: 6/26/08]*

655 West Broadway, Suite 1900 · San Diego, California 92101-3301 · 619.231.1058 · Fax 619.231.7423 · www.csgrr.com



## COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

# FACSIMILE

|  | | **Fax No.** | **Telephone No.** |
|---|---|---|---|
| **To:** | Honorable Colleen McMahon | 212/805-6326 | 212/805-6325 |

**From:** Ramzi Abadou  **Date:** June 25, 2008

**Case Code:** 080076-00001

**Subject:** *Landmen Partners Inc. v. The Blackstone Group L.P.*, No. 1:08-cv-03601-CM;
*McAdam v. The Blackstone Group L.P.*, No. 1:08-cv-03838-CM;
*Jakeman v. The Blackstone Group L.P.*, No. 1:08-cv-04064-CM; and
*Galchutt v. The Blackstone Group L.P.*, No. 1:08-cv-04110-CM.

**Message/Document(s) faxed:**

Please see attached.

**Please call fax operator at 631-367-7100 if all pages are not received.**

ORIGINAL DOCUMENTS: Will follow by ☐ mail ☐ courier – OR – ☒ Will not follow unless requested.

**CONFIDENTIALITY NOTE:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**Number of pages being transmitted including the cover page:** 2

FAX OPERATOR: Return originals to: Dawn M. Gonzales   **Ext:** 7726

58 South Service Road, Suite 200 · Melville, New York 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com

TOTAL P.02

# SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3735

E-MAIL ADDRESS
bangiolillo@stblaw.com

June 26, 2008

Re: Blackstone IPO Litigation
Civil Action No. 08-CV-03601 (CM)
Civil Action No. 08-CV-03838 (CM)
Civil Action No. 08-CV-04064 (CM)
Civil Action No. 08-CV-04110 (CM)
Civil Action No. 08-CV-05447 (   )

Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl St., Room 640
New York, New York 10007

Dear Judge McMahon:

We represent Defendants The Blackstone Group L.P., Stephen A. Schwarzman, and Michael A. Puglisi in the above-captioned matters. We are in receipt of the Court's filing dated June 25, 2008 and agree that recusal is entirely unnecessary based on the facts set forth therein.

Respectfully,

Bruce D. Angiolillo

cc: David A.P. Brower, Esq. (all via e-mail)
Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mark Levine, Esq.
Ralph M. Stone, Esq.
Lisa M. Pollard, Esq.

LOS ANGELES   PALO ALTO   WASHINGTON, D.C.   BEIJING   HONG KONG   LONDON   TOKYO

** TOTAL PAGE.02 **

MAIN FACSIMILE
(212) 455-2502

SENDER'S FACSIMILE

SENDER'S DIRECT DIAL
212-455-3735

SENDER'S E-MAIL ADDRESS
BANGIOLILLO@STBLAW.COM

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE DEPARTMENT: 212-455-2500

LOS ANGELES
PALO ALTO
LONDON
HONG KONG
TOKYO

# FACSIMILE TRANSMISSION COVER SHEET

| TO: NAME | FACSIMILE NO. | CONFIRMATION NO. |
|---|---|---|
| Hon. Colleen McMahon<br>United States District Judge | (212) 805-6326 | (212) 805-6325 |

| FROM: | Bruce Angiolillo | I.D. NUMBER (5 digits) | 00136 | SENDER'S FLOOR: | 28 |
|---|---|---|---|---|---|
| CLIENT/MATTER NO.: | 010402/0009 | DATE: | June 26, 2008 | OPERATOR: | |

TOTAL PAGES (Incl. cover): 2

SPECIAL INSTRUCTIONS:

☐ SENDER HAS ASKED THAT THE RECEIPT OF THIS FAX BE CONFIRMED BY VOICE.
☐ BLIND FAX – DO NOT SEND THIS COVERSHEET AND/OR DISTRIBUTION LIST     ☐ DO NOT NUMBER PAGES
☐ OKAY TO FAX AFTER 10:00 PM AND BEFORE 8:00 AM

REMARKS:

**IF YOU DO NOT RECEIVE ALL OF THE PAGES OR FIND THAT THEY ARE ILLEGIBLE, PLEASE CALL:**
**CONFIDENTIALITY NOTE:**
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original message to us at the address above via the Postal Service. Thank you.

010402-0009-13331-NY03.2278071.2                                                              06/26/2008 3:34 PM